UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  Case No. 21-30417-JDA

MICAH DAVENPORT,  Chapter 13

    Debtor.  Hon. Joel D. Applebaum
_____/

**WITHDRAWAL OF NOTICE OF STATE OF MICHIGAN**
**UNFILED TAX RETURNS**

The Notice of State of Michigan Unfiled Tax Returns filed as PACER Docket #17 on April 12, 2021 is hereby withdrawn.

    Respectfully submitted,

    DANA NESSEL
    Attorney General

    /s/ *Katherine C. Kerwin*
    Katherine C. Kerwin(P73070)
    Assistant Attorney General
    Cadillac Place Building
    3030 W. Grand Blvd., Ste. 10-200
    Detroit, MI 48202
    Telephone: (313) 456-0140
    E-mail: kerwink@michigan.gov

Dated: June 10, 2021